# Farmers Mutual Hail
Insurance Company of Iowa
6785 Westown Parkway | West Des Moines, Iowa 50266

## SUMMARY OF COVERAGE
Effective Crop Year: 2021
Revised: 08/25/2021 (see last page)

Policy: 32-081-0833083-21
State: NORTH CAROLINA - 32
County: GUILFORD - 081

### Insured Information
ROY COOK
4434 HIGH ROCK ROAD
GIBSONVILLE, NC 27249

Person Type: INDIVIDUALS
SSN: XXX-XX-8816
Email:

Phone: Cell: (336) 669-4232

Signature Authority: Power of Attorney:
Assignment of Indemnity:

### Agency Information
TOWN AND COUNTRY INSURANCE SERVICES
1874 HWY 11-55
KINSTON, NC 28504

Agency Code: 32008
Phone: (252) 522-0437

## MPCI Coverage

| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001-0000 BU 18 | FLUECURETB APH - 75% | NPS 11A FL CR | | 7151 | | 64.15 | 1,669 261 | 1,252.00 | $144,569 80,316 | 1.0000 | $1.80 $144,569 | | $40,226 | $18,102 |
| | | | | | Rec. Type | Plant Date: 06/04/2021 Remarks: TOC: | | | Unit Opt(s): | | | | | |
| 0001-0000 18 | FLUECURETB SCO-YP - 86/11 | NPS 11A FL CR | | 7151 | | 0.00 | 261 | | | 1.0000 | $0 | | $0 | $0 |
| Farm Name: RUMLEY Shareperson(s): | | | | | Rec. Type | Plant Date: 06/04/2021 Remarks: UNINSURABLE ACRES: 64.15 TOC: | | | Unit Opt(s): | | | | | |
| 0002-0000 BU 13 | FLUECURETB APH - 75% | NPS 11A FL CR | | 4784 | | 0.00 | 1,951 1,591 | 1,463.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: RUMLEY Shareperson(s): | | | | | Rec. Type | Plant Date: Remarks: TOC: | | | Unit Opt(s): YA | | | | | |
| 0003-0000 BU 14 | FLUECURETB APH - 75% | NPS 11A FL CR | | 8529 | | 0.00 | 1,669 902 | 1,252.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: COOK II Shareperson(s): | | | | | Rec. Type | Plant Date: Remarks: TOC: | | | Unit Opt(s): | | | | | |
| 0004-0000 BU 15 | FLUECURETB APH - 75% | NPS 11A FL CR | | 8528 | | 0.00 | 1,939 1,055 | 1,454.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: 4851 SPLIT, PRATT II Shareperson(s): | | | | | Rec. Type | Plant Date: Remarks: TOC: | | | Unit Opt(s): YA | | | | | |
| 0005-0000 BU 16 | FLUECURETB APH - 75% | NPS 11A FL CR | | 8555 | | 0.00 | 1,878 1,689 | 1,409.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: Shareperson(s): | | | | | Rec. Type | Plant Date: Remarks: TOC: | | | Unit Opt(s): YA | | | | | |

[1] Descriptors on last page


PLAINTIFF'S EXHIBIT B

| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar [2] | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0006-0000 | FLUECURETB | NPS | | 3352 | | 3.00 | 2,086 | 1,565.00 | $8,451 | 1.0000 | $1.80 | | $1,307 | $588 |
| BU | APH - 75% | 11A FL CR | | | | | 2,086 | | 4,695 | | $8,451 | | | |
| 39 | | | | | Rec. Type [1] ___ | Plant Date: 05/18/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS I | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0006-0000 | FLUECURETB | NPS | | 3352 | | 3.00 | 2,086 | 1,565.00 | $1,239 | 1.0000 | | | $228 | $80 |
| BU | SCO-YP - 86/11 | 11A FL CR | | | | | 2,086 | | 1,239 | | $1,239 | | | |
| 39 | | | | | Rec. Type [1] ___ | Plant Date: 05/18/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS I | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0007-0000 | FLUECURETB | NPS | | 4738 | | 3.50 | 2,086 | 1,565.00 | $9,860 | 1.0000 | $1.80 | | $1,525 | $686 |
| BU | APH - 75% | 11A FL CR | | | | | 2,086 | | 5,478 | | $9,860 | | | |
| 40 | | | | | Rec. Type [1] ___ | Plant Date: 05/20/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS II | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0007-0000 | FLUECURETB | NPS | | 4738 | | 3.50 | 2,086 | 1,565.00 | $1,446 | 1.0000 | | | $266 | $93 |
| BU | SCO-YP - 86/11 | 11A FL CR | | | | | 2,086 | | 1,446 | | $1,446 | | | |
| 40 | | | | | Rec. Type [1] ___ | Plant Date: 05/20/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS II | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0008-0000 | FLUECURETB | NPS | | 5340 | | 1.50 | 2,086 | 1,565.00 | $4,226 | 1.0000 | $1.80 | | $654 | $294 |
| BU | APH - 75% | 11A FL CR | | | | | 2,086 | | 2,348 | | $4,226 | | | |
| 41 | | | | | Rec. Type [1] ___ | Plant Date: 05/20/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS III | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0008-0000 | FLUECURETB | NPS | | 5340 | | 1.50 | 2,086 | 1,565.00 | $620 | 1.0000 | | | $114 | $40 |
| BU | SCO-YP - 86/11 | 11A FL CR | | | | | 2,086 | | 620 | | $620 | | | |
| 41 | | | | | Rec. Type [1] ___ | Plant Date: 05/20/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS III | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0009-0000 | FLUECURETB | NPS | | 8274 | | 1.00 | 2,086 | 1,565.00 | $2,817 | 1.0000 | $1.80 | | $436 | $196 |
| BU | APH - 75% | 11A FL CR | | | | | 2,086 | | 1,565 | | $2,817 | | | |
| 42 | | | | | Rec. Type [1] ___ | Plant Date: 05/18/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS VI | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0009-0000 | FLUECURETB | NPS | | 8274 | | 1.00 | 2,086 | 1,565.00 | $413 | 1.0000 | | | $76 | $27 |
| BU | SCO-YP - 86/11 | 11A FL CR | | | | | 2,086 | | 413 | | $413 | | | |
| 42 | | | | | Rec. Type [1] ___ | Plant Date: 05/18/2021 Remarks: TOC: | | | | Unit Opt(s) [3]: | | | | |
| Farm Name: DENNIS VI | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |



| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar [2] | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0010-0000 | FLUECURETB | NPS | | 4401 | | 0.00 | 1,669 | 1,252.00 | | 1.0000 | $0.90 | | $0 | $0 |
| BU | APH - 75% | 11A FL CR | | | | | 793 | | | | $0 | | | |
| 19 | | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | Unit Opt(s) [1]: | | | | |
| Farm Name: PICKRELL | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0011-0000 | FLUECURETB | NPS | | 8554 | | 23.00 | 2,086 | 1,565.00 | $64,791 | 1.0000 | $1.80 | | $10,023 | $4,510 |
| BU | APH - 75% | 11A FL CR | | | | | 2,086 | | 35,995 | | $64,791 | | | |
| 43 | | | | | | Rec. Type [1] ___ | Plant Date: 06/02/2021 Remarks: TOC: | | | Unit Opt(s) [1]: | | | | |
| Farm Name: PAYNE | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0011-0000 | FLUECURETB | NPS | | 8554 | | 23.00 | 2,086 | 1,565.00 | $9,503 | 1.0000 | | | $1,749 | $612 |
| | SCO-YP - 86/11 | | | | | | | | 9,503 | | $9,503 | | | |
| 43 | | | | | | Rec. Type [1] ___ | Plant Date: 06/02/2021 Remarks: TOC: | | | Unit Opt(s) [1]: | | | | |
| Farm Name: PAYNE | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0020-0000 | FLUECURETB | NPS | | 4850 | | 0.00 | 1,669 | 1,252.00 | | 1.0000 | $0.90 | | $0 | $0 |
| BU | APH - 75% | 11A FL CR | | | | | 581 | | | | $0 | | | |
| 28 | | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | Unit Opt(s) [1]: | | | | |
| Farm Name: MCINTYRE | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0021-0000 | FLUECURETB | NPS | | 8527 | | 7.35 | 1,816 | 1,362.00 | $18,020 | 1.0000 | $1.80 | | $4,462 | $2,008 |
| BU | APH - 75% | 11A FL CR | | | | | 1,058 | | 10,011 | | $18,020 | | | |
| 12 | | | | | | Rec. Type [1] ___ | Plant Date: 05/22/2021 Remarks: TOC: | | | Unit Opt(s) [1]: YA | | | | |
| Farm Name: 4851 SPLIT, PRATT II | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0021-0000 | FLUECURETB | NPS | | 8527 | | 7.35 | 1,058 | 1,362.00 | $2,643 | 1.0000 | | | $486 | $170 |
| | SCO-YP - 86/11 | 11A FL CR | | | | | | | 2,643 | | $2,643 | | | |
| 12 | | | | | | Rec. Type [1] ___ | Plant Date: 05/22/2021 Remarks: TOC: | | | Unit Opt(s) [1]: | | | | |
| Farm Name: 4851 SPLIT, PRATT II | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0022-0000 | FLUECURETB | NPS | | 7801 | | 0.00 | 1,669 | 1,252.00 | | 1.0000 | $0.90 | | $0 | $0 |
| BU | APH - 75% | 11A FL CR | | | | | 735 | | | | $0 | | | |
| 20 | | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | Unit Opt(s) [1]: | | | | |
| Farm Name: MARTIN | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0023-0000 | FLUECURETB | NPS | | 8316 | | 0.00 | 1,951 | 1,463.00 | | 1.0000 | $0.90 | | $0 | $0 |
| BU | APH - 75% | 11A FL CR | | | | | 1,640 | | | | $0 | | | |
| 29 | | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | Unit Opt(s) [1]: YA | | | | |
| Farm Name: | | | | | | | | | | | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |

| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar [2] | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0040-0000 BU 25 | FLUECURETB APH - 75% | NPS 11A FL CR | | 5374 | | 0.00 | 1,669 810 | 1,252.00 | | 1.0000 Unit Opt(s) [1]: | $0.90 $0 | | $0 | $0 |
| Farm Name: J HUFFINE Shareperson(s): | | | | | | | | | | | | | | |
| 0042-0000 BU 11 | FLUECURETB APH - 75% | NPS 11A FL CR | | 5376 | | 0.00 | 1,791 1,330 | 1,343.00 | | 1.0000 Unit Opt(s) [1]: YA | $0.90 $0 | | $0 | $0 |
| Farm Name: R HUFFINE Shareperson(s): | | | | | | | | | | | | | | |
| 0050-0000 BU 31 | FLUECURETB APH - 75% | NPS 11A FL CR | | 6080 | | 0.50 Plant Date: 05/09/2021 Remarks: TOC: | 1,759 985 | 1,319.00 | $1,188 660 | 1.0000 Unit Opt(s) [1]: YA | $1.80 $1,188 | | $309 | $139 |
| Farm Name: COOK Shareperson(s): | | | | | | | | | | | | | | |
| 0050-0000 31 | FLUECURETB SCO-YP - 86/11 | | | 6080 | | 0.50 Plant Date: 05/09/2021 Remarks: TOC: | 985 | 1,319.00 | $174 174 | 1.0000 Unit Opt(s) [1]: | $174 | | $32 | $11 |
| Farm Name: COOK Shareperson(s): | | | | | | | | | | | | | | |
| 0060-0000 BU 35 | FLUECURETB APH - 75% | NPS 11A FL CR | | 6392 | | 0.00 Plant Date: Remarks: TOC: | 1,916 1,357 | 1,437.00 | | 1.0000 Unit Opt(s) [1]: YA | $0.90 $0 | | $0 | $0 |
| Farm Name: SUMMER Shareperson(s): | | | | | | | | | | | | | | |
| 0070-0000 BU 22 | FLUECURETB APH - 75% | NPS 11A FL CR | | 6873 | | 0.00 Plant Date: Remarks: TOC: | 2,097 1,682 | 1,573.00 | | 1.0000 Unit Opt(s) [1]: YA | $0.90 $0 | | $0 | $0 |
| Farm Name: ROBERT Shareperson(s): | | | | | | | | | | | | | | |
| 0080-0000 BU 23 | FLUECURETB APH - 75% | NPS 11A FL CR | | 6908 | | 0.00 Plant Date: Remarks: TOC: | 1,937 1,074 | 1,453.00 | | 1.0000 Unit Opt(s) [1]: YA | $0.90 $0 | | $0 | $0 |
| Farm Name: VIRGIL BARBER Shareperson(s): | | | | | | | | | | | | | | |
| 0090-0000 BU 9 | FLUECURETB APH - 75% | NPS 11A FL CR | | 4909 | | 0.00 Plant Date: Remarks: TOC: | 1,951 1,640 | 1,463.00 | | 1.0000 Unit Opt(s) [1]: YA | $0.90 $0 | | $0 | $0 |
| Farm Name: STRAWBERRY HOUSE Shareperson(s): | | | | | | | | | | | | | | |

Case 1:23-cv-00817-LPA    Document 5-2    Filed 09/27/23    Page 4 of 10



| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar [2] | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100-0000 | FLUECURETB | NPS | | 7552 | | 26.00 | 1,800 | 1,350.00 | $63,180 | 1.0000 | $1.80 | | $15,833 | $7,125 |
| BU | APH - 75% | 11A FL CR | | | | | 1,037 | | 35,100 | | $63,180 | | | |
| 33 | | | | | Rec. Type [1] ___ | Plant Date: 05/16/2021 | | | | Unit Opt(s) [3] : YA | | | | |
| Farm Name: COOK FARM | | | | | | Remarks: | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0100-0000 | FLUECURETB | NPS | | 7552 | | 0.00 | 1,037 | | | 1.0000 | $0 | | $0 | $0 |
| BU | SCO-YP - 86/11 | 11A FL CR | | | | | | | | | | | | |
| 33 | | | | | Rec. Type [1] ___ | Plant Date: 05/16/2021 | | | | Unit Opt(s) [3] : | | | | |
| Farm Name: COOK FARM | | | | | | Remarks: UNINSURABLE ACRES: 26 | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0110-0000 | FLUECURETB | NPS | | 7684 | | 30.00 | 1,669 | 1,252.00 | $67,608 | 1.0000 | $1.80 | | $18,812 | $8,465 |
| BU | APH - 75% | 11A FL CR | | | | | 337 | | 37,560 | | $67,608 | | | |
| 26 | | | | | Rec. Type [1] ___ | Plant Date: 05/14/2021 | | | | Unit Opt(s) [3] : | | | | |
| Farm Name: ROY | | | | | | Remarks: | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0110-0000 | FLUECURETB | NPS | | 7684 | | 0.00 | 337 | | | 1.0000 | $0 | | $0 | $0 |
| BU | SCO-YP - 86/11 | 11A FL CR | | | | | | | | | | | | |
| 26 | | | | | Rec. Type [1] ___ | Plant Date: 05/14/2021 | | | | Unit Opt(s) [3] : | | | | |
| Farm Name: ROY | | | | | | Remarks: UNINSURABLE ACRES: 30 | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0120-0000 | FLUECURETB | NPS | | 7760 | | 0.00 | 1,821 | 1,366.00 | | 1.0000 | $0.90 | | $0 | $0 |
| BU | APH - 75% | 11A FL CR | | | | | 1,155 | | | | $0 | | | |
| 8 | | | | | Rec. Type [1] ___ | Plant Date: | | | | Unit Opt(s) [3] : YA | | | | |
| Farm Name: WYRICK | | | | | | Remarks: | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0135-0000 | FLUECURETB | NPS | | 7815 | | 0.00 | 1,669 | 1,252.00 | | 1.0000 | $0.90 | | $0 | $0 |
| BU | APH - 75% | 11A FL CR | | | | | 601 | | | | $0 | | | |
| 17 | | | | | Rec. Type [1] ___ | Plant Date: | | | | Unit Opt(s) [3] : | | | | |
| Farm Name: BRANN | | | | | | Remarks: | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0140-0000 | FLUECURETB | NPS | | 7847 | | 29.84 | 1,669 | 1,252.00 | $67,248 | 1.0000 | $1.80 | | $18,712 | $8,420 |
| BU | APH - 75% | 11A FL CR | | | | | 448 | | 37,360 | | $67,248 | | | |
| 30 | | | | | Rec. Type [1] ___ | Plant Date: 06/02/2021 | | | | Unit Opt(s) [3] : | | | | |
| Farm Name: HOME FARM | | | | | | Remarks: | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0140-0000 | FLUECURETB | NPS | | 7847 | | 0.00 | 448 | | | 1.0000 | $0 | | $0 | $0 |
| BU | SCO-YP - 86/11 | 11A FL CR | | | | | | | | | | | | |
| 30 | | | | | Rec. Type [1] ___ | Plant Date: 06/02/2021 | | | | Unit Opt(s) [3] : | | | | |
| Farm Name: HOME FARM | | | | | | Remarks: UNINSURABLE ACRES: 29.84 | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |

| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar [2] | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0150-0000 BU 21 | FLUECURETB APH - 75% | NPS 11A FL CR | | 7980 | | 0.00 | 1,709 988 | 1,282.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: SMITH 1 | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s) [1] : YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0153-0000 BU 24 | FLUECURETB APH - 75% | NPS 11A FL CR | | 7983 | | 0.00 | 1,881 1,250 | 1,411.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: SMITH 2 | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s) [1] : YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0160-0000 BU 34 | FLUECURETB APH - 75% | NPS 11A FL CR | | 8413 | | 0.00 | 2,013 1,457 | 1,510.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: PAYNE, OLD 8011 | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s) [1] : YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0170-0000 BU 32 | FLUECURETB APH - 75% | NPS 11A FL CR | | 8120 | | 4.00 | 2,192 1,739 | 1,644.00 | $11,837 6,576 | 1.0000 | $1.80 $11,837 | | $2,064 | $929 |
| Farm Name: R SMITH | | | | | Rec. Type [1] ___ | Plant Date: 05/08/2021 Remarks: TOC: | | | | Unit Opt(s) [1] : YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0170-0000 SCO-YP - 86/11 32 | FLUECURETB | NPS 11A FL CR | | 8120 | | 4.00 | 1,739 | 1,644.00 | $1,736 1,736 | 1.0000 | $1,736 | | $319 | $112 |
| Farm Name: R SMITH | | | | | Rec. Type [1] ___ | Plant Date: 05/08/2021 Remarks: TOC: | | | | Unit Opt(s) [1] : | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0171-0000 BU 10 | FLUECURETB APH - 75% | NPS 11A FL CR | | 8121 | | 5.50 | 1,897 1,353 | 1,423.00 | $14,089 7,827 | 1.0000 | $1.80 $14,089 | | $2,924 | $1,316 |
| Farm Name: ANDREWS | | | | | Rec. Type [1] ___ | Plant Date: 05/08/2021 Remarks: TOC: | | | | Unit Opt(s) [1] : YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0171-0000 SCO-YP - 86/11 10 | FLUECURETB | NPS 11A FL CR | | 8121 | | 0.00 | 1,353 | | | 1.0000 | $0 | | $0 | $0 |
| Farm Name: ANDREWS | | | | | Rec. Type [1] ___ | Plant Date: 05/08/2021 Remarks: UNINSURABLE ACRES: 5.5 TOC: | | | | Unit Opt(s) [1] : | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0180-0000 BU 27 | FLUECURETB APH - 75% | NPS 11A FL CR | | 7185 | | 0.00 | 1,816 1,449 | 1,362.00 | | 1.0000 | $0.90 $0 | | $0 | $0 |
| Farm Name: MARTIN | | | | | Rec. Type [1] ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s) [1] : YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |

| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar² | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001-0001 OU 5 | GRAIN SORG RP - 70% | NON IRR NTS | | 7684 | | 32.11 | 31 / 23 | 21.70 | $2,996 / 697 | 1.0000 | $4.30 / $2,996 | | $1,014 | $416 |
| Farm Name: ROY FARM | | | | | Rec. Type¹ ___ | Plant Date: 06/10/2021 Remarks: TOC: | | | | Unit Opt(s)³: PF YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0001-0002 OU 1 | GRAIN SORG RP - 70% | NON IRR NTS | | 7847 | | 0.00 | 35 / 33 | 24.50 | | 1.0000 | $4.30 / $0 | | $0 | $0 |
| Farm Name: HOME FARM | | | | | Rec. Type¹ ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s)³: PF YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0001-0003 OU 2 | GRAIN SORG RP - 70% | NON IRR NTS | | 6080 | | 7.25 | 36 / 31 | 25.20 | $786 / 183 | 1.0000 | $4.30 / $786 | | $228 | $93 |
| Farm Name: COOK I | | | | | Rec. Type¹ ___ | Plant Date: 06/01/2021 Remarks: TOC: | | | | Unit Opt(s)³: PF YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0001-0004 OU 3 | GRAIN SORG RP - 70% | NON IRR NTS | | 8120 | | 0.00 | 36 / 31 | 25.20 | | 1.0000 | $4.30 / $0 | | $0 | $0 |
| Farm Name: R SMITH | | | | | Rec. Type¹ ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s)³: PF YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0001-0005 OU 4 | GRAIN SORG RP - 70% | NON IRR NTS | | 8121 | | 0.00 | 36 / 31 | 25.20 | | 1.0000 | $4.30 / $0 | | $0 | $0 |
| Farm Name: ANDREWS | | | | | Rec. Type¹ ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s)³: PF YA | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0001-0006 OU 37 | GRAIN SORG RP - 70% | NON IRR NTS | | 7151 | | 4.00 | 36 / 36 | 25.20 | $433 / 101 | 1.0000 | $4.30 / $433 | | $117 | $48 |
| Farm Name: RUMLEY | | | | | Rec. Type¹ ___ | Plant Date: 06/04/2021 Remarks: TOC: | | | | Unit Opt(s)³: PF | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0001-0001 OU 6 | SOYBEANS RP - 70% | NON IRR COMM | | 8527 | | 0.00 | 30 / 30 | 21.00 | | 1.0000 | $11.54 / $0 | | $0 | $0 |
| Farm Name: PRATT FARM | | | | | Rec. Type¹ ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s)³: | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |
| 0001-0002 OU 7 | SOYBEANS RP - 70% | NON IRR COMM | | 7847 | | 0.00 | 29 / 29 | 20.30 | | 1.0000 | $11.54 / $0 | | $0 | $0 |
| Farm Name: HOME FARM | | | | | Rec. Type¹ ___ | Plant Date: Remarks: TOC: | | | | Unit Opt(s)³: | | | | |
| Shareperson(s): | | | | | | | | | | | | | | |

Policy: 32-081-0833083-21
Insured: ROY COOK

| Unit # Prod ID | Crop Plan - Level | Practice Type | Sec/Twp/Rng | FN(s) | Total Production | Acres | Appr Yield Rate Yield | Acre Guarantee | Revenue Guar Bu Guar [2] | Share | Price Liability | Map Area | Gross Premium | Insured's Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001-0003 | SOYBEANS | NON IRR | | 5374 | | 17.50 | 30 | 21.00 | $4,241 | 1.0000 | $11.54 | | $1,074 | $440 |
| OU | RP - 70% | COMM | | | | | 30 | | 368 | | $4,241 | | | |
| 36 | | | | | Rec. Type [1] ___ | Plant Date: 06/05/2021 | | | Unit Opt(s) [1] : | | | | | |
| Farm Name: J HUFFINES | | | | | | Remarks: | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |
| 0001-0004 | SOYBEANS | NON IRR | | 7684 | | 45.76 | 30 | 21.00 | $11,089 | 1.0000 | $11.54 | | $2,808 | $1,151 |
| OU | RP - 70% | COMM | | | | | 30 | | 961 | | $11,089 | | | |
| 38 | | | | | Rec. Type [1] ___ | Plant Date: 06/05/2021 | | | Unit Opt(s) [1] : | | | | | |
| Farm Name: ROY FARM | | | | | | Remarks: | | | | | | | | |
| Shareperson(s): | | | | | | TOC: | | | | | | | | |

Case 1:23-cv-00817-LPA  Document 5-2  Filed 09/27/23  Page 8 of 10

## MPCI SUMMARY OF COVERAGE

| Crop (P/T) | Plan - Level | Options Elec. or End.[3] | Price % | Insured Acres | Uninsured Acres | A&O Subsidy+ | Gross Premium | Premium Subsidy | Insured's Premium | Billing Date | Liability | Net Covered Bu |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLUECURETB (NPS / 11A FL CR) | APH - 75% | YA | 100% | 199.34 | 0.00 | $25,684 | $117,287 | $64,509 | $52,778 | 08/15/2021 | $477,884 | 265,491 |
| FLUECURETB (NPS / 11A FL CR) | SCO-YP - 86/11 | | 100% | 43.85 | 155.49 | $657 | $3,270 | $2,125 | $1,145 | 08/15/2021 | $17,774 | 67,328 |
| GRAIN SORG (NON IRR / NTS) | RP - 70% | PF YA | 100% | 43.36 | 0.00 | $252 | $1,359 | $802 | $557 | 08/15/2021 | $4,215 | 981 |
| SOYBEANS (NON IRR / COMM) | RP - 70% | | 100% | 63.26 | 0.00 | $718 | $3,882 | $2,291 | $1,591 | 08/15/2021 | $15,330 | 1,329 |
| TOTAL | | | | 305.96 | 0.00 | $27,311 | $125,798 | $69,727 | $56,071 | | $515,203 | |

Total Admin Fees: $120
Total Premium and Fees: $56,191

## THIS IS NOT A BILL

+Note: This amount may increase by 1.15 percent of net book premium (except for area plans of insurance) if the loss ratio in the State exceeds 1.20 or may otherwise change if required by the Standard Reinsurance Agreement. However, the amount of premium you are required to pay will not change.

APH Certification Statement (Applies to federally-reinsured policies only.): I certify that to the best of my knowledge and belief all of the information on this form is correct. I understand this form may be reviewed or audited and that information inaccurately reported or failure to retain records to support information on this form may result in a recomputation of the approved APH yield. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. Sec. 1006 and Sec. 1014; 7 U.S.C. Sec. 1056; 31 U.S.C. Sec. 3729, Sec. 3730 and any other applicable federal statutes).

[ ] Yield Exclusion Opt-Out: I certify that I have reviewed all APH databases that have opted-out of Yield Exclusion.
[ ] Yield Cup Opt-Out: I certify that I have reviewed all APH databases that have opted-out of Yield Cup.
[ ] New Producer Verification (Applies to federally-reinsured policies only.): I certify I have not produced the insured crop in the county for more than two years.

| Insured's Printed Name | | Agent's Printed Name | |
|---|---|---|---|
| Insured's Signature | Signed Date | Agent's Signature | Signed Date |

Case 1:23-cv-00817-LPA    Document 5-2    Filed 09/27/23    Page 9 of 10

## COLLECTION OF INFORMATION AND DATA (PRIVACY ACT) STATEMENT
### Agents, Loss Adjusters and Policyholders

The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a): The Risk Management Agency (RMA) is authorized by the Federal Crop Insurance Act (7 U.S.C. 1501-1524) or other Acts, and the regulations promulgated thereunder, to solicit the information requested on documents established by RMA or by approved insurance providers (AIPs) that have been approved by the Federal Crop Insurance Corporation (FCIC) to deliver Federal crop insurance.

The information is necessary for AIPs and RMA to operate the Federal crop insurance program, determine program eligibility, conduct statistical analysis, and ensure program integrity. Information provided herein may be furnished to other Federal, State, or local agencies, as required or permitted by law, law enforcement agencies, courts or adjudicative bodies, foreign agencies, magistrate, administrative tribunal, AIPs contractors and cooperators, Comprehensive Information Management System (CIMS), congressional offices, or entities under contract with RMA. For insurance agents, certain information may also be disclosed to the public to assist interested individuals in locating agents in a particular area.

Disclosure of the information requested is voluntary. However, failure to correctly report the requested information may result in the rejection of this document by the AIP or RMA in accordance with the Standard Reinsurance Agreement between the AIP and FCIC, Federal regulations, or RMA-approved procedures and the denial of program eligibility or benefits derived therefrom. Also, failure to provide true and correct information may result in civil suit or criminal prosecution and the assessment of penalties or pursuit of other remedies.

### CERTIFICATION STATEMENT
(Applies to federally-reinsured policies only)

I certify that to the best of my knowledge and belief all of the information on this form is correct. I also understand that failure to report completely and accurately may result in sanctions under my policy, including but not limited to voidance of the policy, and in criminal or civil penalties (18 U.S.C. Sec. 1006 and Sec. 1014; 7 U.S.C. Sec. 1506; 31 U.S.C. Sec. 3729, Sec. 3730 and any other applicable federal statutes).

### ¹ TOTAL PRODUCTION RECORD TYPE

A. Harvested Production: sold/commercial storage.
B. Harvested Production: farm stored/measured by insured.
C. Harvested Production: pick/daily sales records.
D. Harvested Production: automated yield monitoring system.
E. Harvested Production: farm stored/measured by authorized representative
F. Harvested Production: livestock feeding records.
G. Harvested Production: field harvest records.
H. Harvested Production: other.
I. Unharvested and destroyed. (ARPI only)
J. Unharvested and put to another use. (ARPI only)
K. Unharvested and production appraised by AIP (ARPI Only).
L. Unreported production. (ARPI only)
M. Claim for indemnity. For CCIP policies only.
N. Appraisal (non-loss). For CCIP policies only.
O. UUF or third party damage
P. Unharvested with Harvest incomplete. (ARPI only).
Q. Zero production when no claim/appraisal/UUF/3rd party or production record. For CCIP policies only.
Z. Zero Planted Acres

## NON-DISCRIMINATION STATEMENT

### Non-Discrimination Statement

In accordance with Federal law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating on the basis of race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs).

### To File a Program Complaint

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form, found online at https://www.ascr.usda.gov/ad-3027-usda-program-discrimination-complaint-form, or at any USDA office, or call (866) 632-9992 to request the form. You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter by mail to the U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or email at program.intake@usda.gov.

### Persons with Disabilities

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible State or local Agency that administers the program or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

Persons with disabilities, who wish to file a program complaint, please see information above on how to contact the Department by mail directly or by email.

### ² BU GUARANTEE
Bushels or applicable unit of measurement.

### ³ OPTION DESCRIPTORS
YA - Yield Adjustment 60%
PF - Prevented Planting +5%

## REASONS FOR REVISION

Flue Cured Tobacco 0001-0000 Liability is changing.
Flue Cured Tobacco 0001-0000 Producer premium is changing.
Flue Cured Tobacco 0001-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0006-0000 Liability is changing.
Flue Cured Tobacco 0006-0000 Producer premium is changing.
Flue Cured Tobacco 0006-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0007-0000 Liability is changing.
Flue Cured Tobacco 0007-0000 Producer premium is changing.
Flue Cured Tobacco 0007-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0008-0000 Liability is changing.
Flue Cured Tobacco 0008-0000 Producer premium is changing.
Flue Cured Tobacco 0008-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0009-0000 Liability is changing.
Flue Cured Tobacco 0009-0000 Producer premium is changing.
Flue Cured Tobacco 0009-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0011-0000 Liability is changing.
Flue Cured Tobacco 0011-0000 Producer premium is changing.
Flue Cured Tobacco 0011-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0021-0000 Liability is changing.
Flue Cured Tobacco 0021-0000 Producer premium is changing.
Flue Cured Tobacco 0021-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0050-0000 Liability is changing.
Flue Cured Tobacco 0050-0000 Producer premium is changing.
Flue Cured Tobacco 0050-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0100-0000 Liability is changing.
Flue Cured Tobacco 0100-0000 Producer premium is changing.
Flue Cured Tobacco 0100-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0110-0000 Liability is changing.
Flue Cured Tobacco 0110-0000 Producer premium is changing.
Flue Cured Tobacco 0110-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0140-0000 Liability is changing.
Flue Cured Tobacco 0140-0000 Producer premium is changing.
Flue Cured Tobacco 0140-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0170-0000 Liability is changing.
Flue Cured Tobacco 0170-0000 Producer premium is changing.
Flue Cured Tobacco 0170-0000 Total base premium is changing and was greater tha
Flue Cured Tobacco 0171-0000 Liability is changing.
Flue Cured Tobacco 0171-0000 Producer premium is changing.
Flue Cured Tobacco 0171-0000 Total base premium is changing and was greater tha